UNITED STATES, Appellee

v

FRANCIS E. VILLARD, Sergeant, U. S.

Air Force, Appellant

20 USCMA 131, 42 CMR 323

No. 23,353

November 6, 1970

*Colonel Bertram Jacobson* and *Major Clarence E. Powell* were on the pleadings for Appellant, Accused.

*Colonel James M. Bumgarner* and *Lieutenant Colonel Henry R. Lockington* were on the pleadings for Appellee, United States.

Opinion of the Court

QUINN, Chief Judge:

The decision of the United States Air Force Court of Military Review is affirmed. United States v Palos, 20 USCMA 104, 42 CMR 296, decided this date.

Judge DARDEN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Palos, 20 USCMA 104, 42 CMR 296 (1970).

UNITED STATES, Appellee

v

TERRY L. SALESMAN, Airman, U. S.

Air Force, Appellant

20 USCMA 131, 42 CMR 323

■■■■■■■■

No. 23,370

November 6, 1970

■■■■■■■■■   ■■■■■■■■

Colonel *Bertram Jacobson* and *Major Frank T. Moniz* were on the pleadings for Appellant, Accused.

Colonel *James M. Bumgarner* was on the pleadings for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

The decision of the United States Air Force Court of Military Review is affirmed. United States v Palos, 20 USCMA 104, 42 CMR 296, decided this date.

Judge DARDEN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Palos, 20 USCMA 104, 42 CMR 296 (1970).

■■■■■■■

UNITED STATES, Appellee

v

MICHAEL COATES, Specialist Four,
U. S. Army, Appellant

20 USCMA 132, 42 CMR 324

